1  John A. Vogt (State Bar No. 198677)
2  Ryan D. Ball (State Bar No. 321772)
   Matthew T. Billeci (State Bar No. 329014)
3  JONES DAY
   3161 Michelson Drive, Suite 800
4  Irvine, California 92612
   (T) 949.851.3939
5  (F) 949.553.7539
6  javogt@jonesday.com
   rball@jonesday.com
7  mbilleci@jonesday.com

8  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS,
9  INC.

10            UNITED STATES DISTRICT COURT

11            CENTRAL DISTRICT OF CALIFORNIA

12

13  CHARLOTTE MUHA, Individually        Case No. 8:22-cv-00077
    and on Behalf of All Others Similarly
14  Situated

15           Plaintiff,                 **NOTICE OF REMOVAL OF**
16                                      **CIVIL ACTION PURSUANT TO**
        v.                              **28 U.S.C. §§ 1331, 1441, AND**
17                                      **1446**
18  EXPERIAN INFORMATION
    SOLUTIONS, INC.,
19
             Defendant.
20

21

22

23

24

25

26

27

28

NOTICE OF REMOVAL OF CIVIL ACTION
Case No. 8:22-cv-00077

**TO PLAINTIFF CHARLOTTE MUHA, ALL ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Experian Information Solutions, Inc. ("Experian") hereby removes this action from the Superior Court of the State of California, County of Orange, to the United States District Court for the Central District of California. In support of this Notice of Removal, Experian avers as follows:

## PROCEDURAL HISTORY AND PLAINTIFFS' ALLEGATIONS

1. On November 24, 2021, Plaintiffs Charlotte Muha ("Plaintiff") filed a Complaint against Experian in *Muha v. Experian Information Solutions, Inc.*, Case No. 30-2021-01233648-CU-AT-CXC, in the Superior Court of the State of California, County of Orange (the "State Court Action").

2. Plaintiff alleges that Experian violated the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.* ("FCRA"), by purportedly issuing a consumer report with a "Summary of Rights" that failed to include a statement that a consumer may have additional rights under state law.

3. On behalf of herself and a putative nationwide class, Plaintiff seeks actual damages, statutory damages, punitive damages, costs of litigation, and attorney fees.

## GROUNDS FOR REMOVAL

4. Experian is a corporation that, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

5. The claims for relief against Experian alleged in the State Court Action arise under the FCRA, a federal statute. Thus, this Court has original jurisdiction

over the above-captioned action pursuant to 28 U.S.C. § 1331, and the action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

## EXPERIAN SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL

6. This Notice of Removal is timely. Experian first received a copy of Plaintiffs' Complaint on December 20, 2021. Because thirty days from that date is January 19, 2022, Experian timely filed this Notice. *See* 15 U.S.C. 1446(b)(1) (providing for removal "30 days after the receipt by the defendant . . . of a copy of the initial pleading").

7. This Court is the proper district court for removal because the State Court Action is pending within this District.

8. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as Exhibit 1.

9. Promptly after the filing of this Notice of Removal, Experian shall provide notice to Plaintiffs through their attorney of record in the State Court Action, and shall file a copy of this Notice of Removal with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Dated: January 14, 2022

JONES DAY

By: /s/ *John A. Vogt*
   John A. Vogt

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

NAI-1525476498v1