# EXHIBIT 1

CT Corporation

**Service of Process Transmittal**
12/20/2021
CT Log Number 540767956

**TO:** Jason Engel, Senior Vice President & General Counsel
Experian
475 Anton Blvd Bldg D
Costa Mesa, CA 92626-7037

**RE:** **Process Served in California**

**FOR:** Experian Information Solutions, Inc. (Domestic State: OH)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | CHARLOTTE MUHA, Individually and on Behalf of All Others Similarly Situated vs. EXPERIAN INFORMATION SOLUTIONS INC. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Attachment(s) |
| **COURT/AGENCY:** | Orange County - Superior Court, CA<br>Case # 30202101233648CUATCXC |
| **NATURE OF ACTION:** | Class Action Complaint |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, GLENDALE, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/20/2021 at 07:56 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | David E. Bower<br>MONTEVERDE & ASSOCIATES PC<br>600 Corporate Pointe, Suite 1170<br>Culver City, CA 90230<br>310-446-6652 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/20/2021, Expected Purge Date: 12/25/2021<br>Image SOP<br>Email Notification, Jason Engel marina.velardi@experian.com<br>Email Notification, Gail Fitzpatrick gail.fitzpatrick@experian.com<br>Email Notification, April Williams april.williams@experian.com<br>Email Notification, Francis Santos francis.santos@experian.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE, CA 91203<br>866-665-5799<br>SouthTeam2@wolterskluwer.com |

Electronically Filed by Superior Court of California, County of Orange, 11/24/2021 09:22:08 PM.
30-2021-01233648-CU-AT-CXC - ROA # 3 - DAVID H. YAMASAKI, Clerk of the Court By Georgina Ramirez, Deputy Clerk.

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***
EXPERIAN INFORMATION SOLUTIONS INC.

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***
CHARLOTTE MUHA, Individually and on Behalf of All Others Similarly Situated

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

***¡AVISO!*** *Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California* (www.sucorte.ca.gov)*, en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services,* (www.lawhelpcalifornia.org)*, en el Centro de Ayuda de las Cortes de California,* (www.sucorte.ca.gov) *o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Orange County Superior Court Civil Complex Center
751 W. Santa Ana Blvd., Bldg. 36, Santa Ana, CA 92701-4512

CASE NUMBER:
*(Número del Caso):*
30-2021-01233648-CU-AT-CXC

Judge Glenda Sanders

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
David E Bower SBN 119546 600 Corporate Pointe,Suite 1170
Culver City CA 90230 PH: 213-446-6652 dbower@monteverdelaw.com

DATE: 11/24/2021 DAVID H. YAMASAKI, Clerk of the Court Clerk, by Georgina Ramirez, Deputy
*(Fecha)* *(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☑ on behalf of *(specify):* EXPERIAN INFORMATION SOLUTIONS INC

under: ☑ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify):*

4. ☑ by personal delivery on *(date):*





Mark Shurlock
2013190921
2021/12/20 07:56:41

Electronically Filed by Superior Court of California, County of Orange, 11/24/2021 09:22:08 PM.
30-2021-01233648-CU-AT-CXC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By Georgina Ramirez, Deputy Clerk.

David E. Bower SBN 119546
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: 310-446-6652
Fax: 212-202-7880

*Counsel for Plaintiff Charlotte Muha*

Assigned for all Purposes

Judge Glenda Sanders

CX-101

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**ORANGE COUNTY**

| | |
|---|---|
| CHARLOTTE MUHA Individually and on Behalf of All Others Similarly Situated,<br>Plaintiff,<br>vs.<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>Defendant. | Case No. 30-2021-01233648-CU-AT-CXC<br><u>CLASS ACTION COMPLAINT</u><br>Violation of Federal Fair Credit Reporting Act<br>Jury Trial Demanded |

Plaintiff Charlotte Muha ("Plaintiff" or ("Muha"), by the undersigned attorneys, on behalf of herself and all others similarly situated, alleges upon information and belief, including the investigation of counsel and a review of publicly-available information, except for Plaintiff's own acts which are alleged on personal knowledge, as follows:

## <u>SUMMARY OF THE ACTION</u>

1. Plaintiff brings this class action on behalf of herself and all other consumers similarly situated against Experian Information Solutions, Inc. ("Experian" or "Defendant") for Experian's knowing and willful violations of the federal Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"), and its implementing regulations, 12 C.F.R. § 1022 ("Regulation V"). Pursuant to the FCRA, any consumer reporting agency must provide certain disclosures to

consumers about their rights along with the consumer reports; Experian has consciously and willfully concealed this information to the obvious detriment of consumers.

2. Indeed, consistent with the FCRA, the Bureau of Consumer Financial Protection ("CFPB") has prescribed the content of the notice of consumer rights that consumer reporting agencies are required to provide along with consumer reports, and has prepared a form notice that consumer reporting agencies may use. Inexplicably, Experian chose not only to deviate from the form notice but to excise certain information that the FCRA expressly requires from the notice it provided entirely.

3. For these reasons and as set forth in detail herein, Plaintiff seeks to recover damages resulting from Experian's knowing and willful failure to comply with the FCRA.

## JURISDICTION AND VENUE

4. This Court has personal jurisdiction over Defendant because Defendant maintains its principal executive offices at 475 Anton Boulevard, Costa Mesa, California 92626. As Defendant is headquartered in California, Defendant has sufficient minimum contacts with California so as to render the exercise of jurisdiction by the California courts permissible under traditional notions of fair play and substantial justice.

5. Venue is proper in this Court because Defendant maintains its principal executive offices in Orange County.

## THE PARTIES

6. Plaintiff Charlotte Muha is a natural person who resides in Milwaukee County, Wisconsin.

7. Plaintiff is a "consumer" as defined in the FCRA, 15 U.S.C. § 1681a, because Plaintiff is a natural person and an individual.

8. Defendant Experian Information Solutions, Inc. ("Experian") is a business corporation with its principal offices located at 475 Anton Blvd., Costa Mesa, California 92626.

9. Experian is a "consumer reporting agency" as defined in the FCRA, 15 U.S.C. § 1681a, in that Experian regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses means of interstate commerce for the purpose of preparing or furnishing consumer reports.

10. Along with non-parties Trans Union LLC ("TransUnion") and Equifax Information Services LLC ("Equifax"), Experian is one of the "Big Three" consumer reporting agencies or "credit bureaus," and a "consumer reporting agency that compiles and maintains files on consumers on a nationwide basis" as defined in the FCRA, 15 U.S.C. § 1681a, in that Experian assembles, evaluates, and maintains for the purpose of furnishing consumer reports to third parties bearing on consumer creditworthiness, credit standing, or credit capacity regarding consumers residing nationwide based on public record information and credit account information from persons who furnish that information to Experian regularly and in the ordinary course of business.

## <u>THE FAIR CREDIT REPORTING ACT</u>

11. Adopted in 1970 as a subchapter of the federal Consumer Credit Protection Act, Chapter 41 of Title 15 of the United States Code, the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* (the "FCRA"), acknowledges the "vital role" that consumer reporting agencies have assumed in the "elaborate mechanism" of assembling and evaluating consumer credit and other information on consumers and recognizes a "need to insure that consumer reporting agencies exercise their grave responsibilities with fairness, impartiality, and a respect for the consumer's right to privacy." *See* 15 U.S.C. § 1681(a).

12. The FCRA further acknowledges that inaccurate credit reports directly impair the efficiency of the banking system and unfair credit reporting methods undermine the public confidence which is essential to the continued functioning of the banking system. For this reason, consumer reporting agencies must adopt reasonable procedures for meeting the needs of commerce for consumer credit information in a manner which is fair and equitable to the consumer, with regard to the confidentiality, accuracy, relevancy, and proper utilization of such information. 15 U.S.C. § 1681(a) and (b).

13. Reporting errors are by no means rare. For example, in connection with the FCRA amendments adopted in 2003, the Federal Trade Commission (the "FTC") engaged the first national study that engaged all the primary groups that participate in the credit reporting and scoring process, including consumers, data furnishers, the Fair Isaac Corporation ("FICO"), and the "Big Three" consumer reporting agencies, Experian, TransUnion, and Equifax. In connection with this study, the FTC issued a report in December 2012 entitled *Report to Congress Under Section 319 of the Fair and Accurate Credit Transactions Act of 2003*, which summarized its findings regarding consumer credit report accuracy by stating, in part:

> Overall, we find that 26% of the 1,001 participants in the study identified at least one potentially material error on at least one of their three credit reports. Although 206 consumers (21% of the participants) had a modification to at least one of their credit reports after the dispute process, only 129 consumers (13% of participants) experienced a change in their credit score as a result of these modifications. Each affected participant may have as many as three score changes. Of the 129 consumers with any score change, the maximum changes in score for over half of the consumers were less than 20 points. For 5.2% of the consumers, the resulting increase in score was such that their credit risk tier decreased and thus the consumer may be more likely to be offered a lower auto loan interest rate.

Federal Trade Commission, "Report to Congress Under Section 319 of the Fair and Accurate Credit Transactions Act of 2003," (December 2012) (available online:

https://www.ftc.gov/sites/default/files/documents/reports/section-319-fair-and-accurate-credit-transactions-act-2003-fifth-interim-federal-trade-commission/130211factareport.pdf).

14. One of the means that the FCRA contemplates for ensuring the accuracy of consumer credit reports is that consumers may request their information from the consumer reporting agencies in order to confirm that such information is accurate, and dispute any information that is inaccurate. *See* 15 U.S.C. § 1681g.

15. 15 U.S.C. § 1681g(a) requires that, when consumers request the information in their file, the consumer reporting agency must disclose, among other things and with certain exceptions: (i) all information in the consumer's file at the time of the request, (ii) the sources of that information, (iii) the identities of the persons who previously obtained a consumer report on the consumer, and (iv) information about any checks that is used as the basis for an adverse characterization of the consumer.

16. 15 U.S.C. § 1681g(c) further requires that along with each such disclosure, the consumer reporting agency also disclose certain information about the consumer's rights, including among other things, (i) a "Summary of Rights" in the form prepared by the Bureau of Consumer Financial Protection ("CFPB"), which is found at 12 C.F.R. § 1022, Appendix K, (ii) a list of all Federal agencies responsible for enforcing any provision of FCRA, and the address and any appropriate phone number of each such agency, in a form that will assist the consumer in selecting the appropriate agency, (iii) a statement that the consumer may have additional rights under State law, and that the consumer may wish to contact a State or local consumer protection agency or a State attorney general (or the equivalent thereof) to learn of those rights, and (iv) a statement that a consumer reporting agency is not required to remove accurate or derogatory information from the file of a consumer, unless the information is outdated or cannot be verified.

17. Pursuant to the FCRA, any person who fails to comply with any requirement imposed under the FCRA is liable to that consumer for actual damages and the costs of the action, together with a reasonable attorney's fee as determined by the court, and is further liable for statutory damages and punitive damages in the event that the noncompliance was willful. 15 U.S.C. §§ 1681n; 1681o.

## SUBSTANTIVE ALLEGATIONS

18. On or before June 2, 2020, Plaintiff submitted a request to Experian for a copy of Plaintiff's consumer report or file disclosure pursuant to 15 U.S.C. § 1681g(a).

19. In connection with this request, Experian mailed Plaintiff the file. A copy of the consumer report or file disclosure that Experian made is attached to this complaint and incorporated into Exhibit A.

20. Upon information and belief, the consumer report or file disclosure in Exhibit A is a standard-form consumer report or file disclosure, with the form generated by computer and with certain information specific to plaintiff inserted by computer.

21. Upon information and belief, the portions of the consumer report or file disclosure in Exhibit A that are not specific to Plaintiff are identical or substantially similar to the consumer reports or file disclosures made as a matter of course to consumers throughout the United States who request similar file disclosures made through the same standardized, computer-generated process.

22. Upon information and belief, the "Summary of Rights" portion of the consumer report or file disclosure in Exhibit A is identical or substantially similar to the "Summary of Rights" portions of consumer reports or file disclosures made as a matter of course through the same standardized, computer-generated process to consumers throughout the United States.

23. The "Summary of Rights" portion of the consumer report or filed disclosure in Exhibit A is inconsistent with 15 U.S.C. § 1681g(c) and Appendix K of Regulation V because it does not include "a statement that the consumer may have additional rights under State law, and that the consumer may wish to contact a State or local consumer protection agency or a State attorney general (or the equivalent thereof) to learn of those rights." *See* 15 U.S.C. § 1681g(c)(2)(D).

24. The "Summary of Rights" found in Appendix K of Regulation V states, in part:

[***]

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.
- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

[table of federal agencies begins on following page]

*See* 12 C.F.R. § 1022, App. K, Fed. Reg., Vol. 83, No. 181, p. 47040.

25. The Summary of Rights in the consumer report or file disclosure in Exhibit A states, in part:

[***]

• You may seek damages from violators. If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

• Identity theft victims and active duty military personnel have additional rights. For more Information, visit www.consumerfinance.gov/learnmore.

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau 1700 G St, NW Washington, DC 20552<br>b. Federal Trade Commission Consumer Response Center 600 Pennsylvania Ave, NW Washington, DC 20580 (877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations | a. Office of the Comptroller of the Currency Customer Assistance Group 1301 McKinney St, Suite 3450 Houston, TX 77010-9050<br>b. Federal Reserve Consumer Help Center P.O. Box 1200 Minneapolis, MN 55480<br>c. FDIC Consumer Response Center 1100 Walnut St, Box #11 Kansas City, MO 64106<br>d. National Credit Union Administration Office of Consumer Financial Protection (OCFP) Division of Consumer Compliance Policy and Outreach 1775 Duke St. Alexandria, VA 22314 |

Exhibit A.

26. The Summary of Rights portion of the consumer report or file disclosure in Exhibit A omits the following statement, which appears between the disclosure about additional rights of victims of identity theft and active duty military personnel and the table of federal agencies in the form disclosures in Appendix K to Regulation V:

> **States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

27. This statement appears in Appendix K to Regulation V because the FCRA expressly requires consumer reporting agencies to make these specific disclosures to consumers along with their file disclosures. *See* 15 U.S.C. § 1681g(c)(2)(D) (requiring the consumer reporting agency to provide "a statement that the consumer may have additional rights under State law, and that the consumer may wish to contact a State or local consumer protection agency or a State attorney general (or the equivalent thereof) to learn of those rights.").

28. Upon information and belief, Experian knowingly and willfully made the decision to remove the portion of the Summary of Rights that disclosed that States may enforce the FCRA,

that many states have their own consumer reporting laws, that the consumer may have more rights under State law, and that the consumer may wish to contact a State or local consumer protection agency or State attorney general for more information.

29. Indeed, Experian could have simply used the standard-form Summary of Rights that is found in Appendix K of Regulation V. Upon information and belief, Experian made a conscious decision to reformat the Summary of Rights and remove certain information that is expressly required by statute so that consumers would be less likely to contact their State or local consumer protection agencies and State attorneys general.

## CLASS ACTION ALLEGATIONS

30. Plaintiff brings this action for herself and as a class action pursuant to California Code of Civil Procedure Section 382 on behalf of all similarly situated consumers who received a consumer report or file disclosure from Experian with a "Summary of Rights" section that was identical or substantially similar to the "Summary of Rights" section in Exhibit A (the "Class"). Excluded from the Class are Defendants and any individual or entity affiliated with any Defendant.

31. This Action is properly maintainable as a class action.

32. The Class is so numerous that joinder of all members is impracticable. Defendant is one of the "Big Three" Consumer Reporting Agencies and maintains files on virtually every consumer in the United States. Upon information and belief, it would be impracticable to join every consumer to whom Defendant provided a consumer report or file disclosure with a "Summary of Rights" section that was identical or substantially similar to the "Summary of Rights" section in the consumer report or file disclosure in Exhibit A.

33. There are questions of law and fact which are common to the Class and which predominate over questions affecting any individual Class member. The common questions include the following:

(a) whether Defendant violated the FCRA; if so,

(b) whether Defendant's violations were willful; and if so,

(c) the amount of statutory and punitive damages that should be paid to Plaintiff and the other members of the Class as a result of Defendants willful failure to comply with the FCRA.

34. Plaintiff's claims are typical of the claims of the other members of the Class and Plaintiff does not have any interests adverse to the Class.

35. Plaintiff has retained competent counsel experienced in litigation of this nature and will fairly and adequately represent and protect the interests of the Class.

36. The prosecution of separate actions by individual members of the Class would create a risk of inconsistent or varying adjudications with respect to individual members of the Class which would establish incompatible standards of conduct for the party opposing the Class.

37. Plaintiff anticipates that there will be no difficulty in the management of this litigation. Common issues predominate over individual issues and maintaining this action as a class action is superior to other available methods for the fair and efficient adjudication of this controversy.

38. Defendant has acted on grounds generally applicable to the Class with respect to the matters complained of herein, thereby making appropriate the relief sought herein with respect to the Class as a whole.

## COUNT I – FCRA

39. Plaintiff incorporates by reference and re-alleges each and every allegation contained above as though fully set forth herein.

40. Defendant is a consumer reporting agency.

41. Plaintiff requested a consumer report or file disclosure from Defendant.

42. Defendant provided Plaintiff with a consumer report or file disclosure.

43. The "Summary of Rights" section of the consumer report or file disclosure that Defendant provided did not disclose all of the information that is required by the FCRA.

44. Defendant made a conscious decision to edit or alter the form "Summary of Rights" disclosures that appear at Appendix K of Regulation V to exclude certain material information that Congress expressly required consumer reporting agencies provide to consumers.

45. Defendant's failure to comply with the FCRA was knowing and willful.

46. Defendant violated 15 U.S.C. § 1681g.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands relief in favor of Plaintiff and the Class and against Defendant as follows:

A. Declaring that this action is properly maintainable as a class action and certifying Plaintiff as Class representative and Plaintiff's counsel as Class counsel;

B. Awarding Plaintiff and the Class actual damages, statutory damages, and punitive damages;

C. Awarding Plaintiff the costs and disbursements of this action, including reasonable attorneys' fees and experts' expenses and fees; and

D. Granting such other and further relief as this Court may deem just and proper.

**JURY DEMAND**

Plaintiff prays for a jury trial on all issues and in all proceedings so triable.

DATED: November 24, 2021

Respectfully submitted,

David E. Bower SBN 119546
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: 310-446-6652
Fax: 212-202-7880
Email: dbower@monteverdelaw.com

*Counsel for Plaintiff*

**OF COUNSEL**
**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
Miles Schreiner
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: 212-971-1341
Fax: 212-202-7880
Email: jmonteverde@monteverdelaw.com
mschreiner@monteverdelaw.com

*Counsel for Plaintiff*

# EXHIBIT A

PO Box 9701
Allen, TX 75013

[redacted]

CHARLOTTE V MUHA
4935 S GREENBROOK TER APT 13203
GREENFIELD WI 53220-4707

experian™

CHARLOTTE V MUHA

Your Credit Report

Report # [redacted] for **06/02/20**

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record.

The fastest and easiest way to dispute most information that you disagree with is by creating your member login at experian.com/disputes. Keep track of any changes and dispute notifications online. You can also call with disputes or questions at 833 210 4610, M - F 9am - 5pm in your time zone. or submit your dispute in writing by mailing to Experian, NCAC, P.O. Box 2002, Allen TX 75013. Be advised that written information or documents you provide with respect to your disputes may be shared with all creditors with which you are disputing.

## Payment History Legend

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| OK | Current | 150 | Account 150 days past due | VS | Voluntarily surrendered | D | Defaulted on contract |
| 30 | Account 30 days past due | 180 | Account 180 days past due | R | Repossession | C | Collection |
| 60 | Account 60 days past due | CRD | Creditor received deed | PBC | Paid by creditor | CO | Charge off |
| 90 | Account 90 days past due | FS | Foreclosure proceedings started | EC | Insurance claim | CLS | Closed |
| 120 | Account 120 days past due | F | Foreclosed | G | Claim filed with government | ND | No data for this time period |

*If your creditor reported your account balances to us, we list them in this section as additional information about your account.

*Medical Information*

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**Record of requests for your credit history** We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

### CREDIT APPLICATIONS/HARD INQUIRIES

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

[redacted]

### CONSUMER REPORT VIEWS/SOFT INQUIRIES

Soft inquiries are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts. Soft inquiries do not impact your credit score.

[redacted]

[redacted]

**Personal information** The following information is reported to us by you, your creditors and/or other sources. Each source may report your personal information differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud protection efforts, a notice with additional information may appear. These listings do not affect your credit score. Only the last four digits of each reported SSN variation are displayed.

**Names**

CHARLOTTE V MUHA Name ID # [redacted]

CHARLOTTE MUHA Name ID # [redacted]

**Addresses**

4935 S GREENBROOK TER APT13207 GREENFIELD WI 53220-4708 [redacted]

**Social Security number variations** [redacted]

**Year of birth** [redacted]

**Telephone numbers** [redacted]

**Former or current employers** [redacted]

[redacted]

# A Summary of Your Rights under the Fair Credit Reporting Act

***Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.***

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

• You must be told if information in your file has been used against you. Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

• You have the right to know what is in your file. You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if: a person has taken adverse action against you because of information in your credit report, you are the victim of identity theft and place a fraud alert in your file, your file contains inaccurate information as a result of fraud, you are on public assistance, you are unemployed but expect to apply for employment within 60 days. In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

• You have the right to ask for a credit score. Credit scores are numerical summaries of your creditworthiness based on information from

credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

• You have the right to dispute incomplete or inaccurate information. If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

• Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information. Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

• Consumer reporting agencies may not report outdated negative information. In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

• Access to your file is limited. A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

• You must give your consent for reports to be provided to employers. A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

• You may limit "prescreened" offers of credit and insurance you get based on information in your credit report. Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

• The following FCRA right applies with respect to nationwide consumer reporting agencies:

CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

• You may seek damages from violators. If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

• Identity theft victims and active duty military personnel have additional rights. For more Information, visit www.consumerfinance.gov/learnmore.

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau 1700 G St, NW Washington, DC 20552<br>b. Federal Trade Commission Consumer Response Center 600 Pennsylvania Ave, NW Washington, DC 20580 (877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations | a. Office of the Comptroller of the Currency Customer Assistance Group 1301 McKinney St, Suite 3450 Houston, TX 77010-9050<br>b. Federal Reserve Consumer Help Center P.O. Box 1200 Minneapolis, MN 55480<br>c. FDIC Consumer Response Center 1100 Walnut St, Box #11 Kansas City, MO 64106<br>d. National Credit Union Administration Office of Consumer Financial Protection (OCFP) Division of Consumer Compliance Policy and Outreach 1775 Duke St. Alexandria, VA 22314 |

[redacted]

| | |
|---|---|
| d. Federal Credit Unions | |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings Aviation Consumer Protection Division, Department of Transportation 1200 New Jersey Ave, SE Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Proceedings, Surface Transportation Board Department of Transportation 395 E St, S.W. Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access United States Small Business Administration 409 Third St, SW, Suite 8200 Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission 100 F St, NE Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration 1501 Farm Credit Dr. McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission Consumer Response Center 600 Pennsylvania Ave, NW Washington, DC 20580 (877) 382-4357 |

[redacted]

[redacted]

[redacted]

experian

CHARLOTTE V MUHA | Report # [redacted] for **06/02/20**

# Dispute Form

Use this form for any disputes you wish to submit by mail.You can submit additional dispute forms if have several disputes. Complete all of the following information and submit by mail. Once we receive your dispute, it make take up to 30 days to process your dispute. We will then notify you of the results. You may also submit a dispute by mail using your own format. If so, please include your name, address, Social Security number and date of birth along with the account name and number and dispute reason.

**Would you like to receive your dispute results more quickly? Enter your email address, and we will notify you as soon as your results are ready to be viewed online. ______________________________**

Be advised that written information or documents you provide with respect to your disputes may be shared with any and all creditors with which you are disputing.

## Your current identification information

| Name: CHARLOTTE MUHA | Middle Initial: V | Generation: |
|---|---|---|
| Social Security number: ___ ___ ___-___ ___-___ ___ ___ ___ | | Date of Birth: [redacted] |
| Mailing Address: 4935 S GREENBROOK TER APT 13203 GREENFIELD WI 53220- | | |

Is any of the information below incorrect on your report?

- ☐ Spouse's name
- ☐ Date of Birth (Fill in your correct date of birth) ____/____/____
- ☐ Telephone Number (Which one is correct) ____/____/____
- ☐ Social Security number (Which one is incorrect?) ___ ___ ___-___ ___-___ ___ ___ ___
- ☐ Employer (Which one is incorrect?) ____________
- ☐ Address (Which one is incorrect?) ____________
- ☐ Name (Which one is incorrect?) ____________

## Dispute

| Company name: | Your partial account number: |
|---|---|

I believe this item is incorrect because (Choose only one):

- ☐ Payment never late
- ☐ Account closed
- ☐ Paid in full – On what date? ____/____/____
- ☐ Account included in bankruptcy – Chapter: ________ Filing date: ____/____/____
- ☐ Not my account – Who does it belong to? ____________
- ☐ Other – Must explain: ____________

## Dispute

| Company name: | Your partial account number: |
|---|---|

I believe this item is incorrect because (Choose only one):

- ☐ Payment never late
- ☐ Account closed
- ☐ Paid in full – On what date? ____/____/____
- ☐ Account included in bankruptcy – Chapter: ________ Filing date: ____/____/____
- ☐ Not my account – Who does it belong to? ____________
- ☐ Other – Must explain: ____________

## Dispute

| Company name: | Your partial account number: |
|---|---|

I believe this item is incorrect because (Choose only one):

- ☐ Payment never late
- ☐ Account closed
- ☐ Paid in full – On what date? ____/____/____
- ☐ Account included in bankruptcy – Chapter: ________ Filing date: ____/____/____
- ☐ Not my account – Who does it belong to? ____________
- ☐ Other – Must explain: ____________

## Dispute

| Company name: | Your partial account number: |
|---|---|

I believe this item is incorrect because (Choose only one):

- ☐ Payment never late
- ☐ Account closed
- ☐ Paid in full – On what date? ____/____/____
- ☐ Account included in bankruptcy – Chapter: ________ Filing date: ____/____/____
- ☐ Not my account – Who does it belong to? ____________
- ☐ Other – Must explain: ____________

[redacted]

[redacted]

[redacted]

THIS PAGE INTENTIONALLY LEFT BLANK

[redacted]

[redacted]

Electronically Filed by Superior Court of California, County of Orange, 11/24/2021 09:22:08 PM.
30-2021-01233648-CU-AT-CXC - ROA # 4 - DAVID H. YAMASAKI, Clerk of the Court By Georgina Ramirez, Deputy Clerk.

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
David E Bower SBN 119546
Monteverde & Associatres PC
600 Corporate Pointe, suite 1170 Culver City, CA 90230
TELEPHONE NO.: 213-446-6652 FAX NO.:
ATTORNEY FOR (Name): Plaintiff Charlotte Muha

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 751 W. Santa Ana Blvd., Bldg. 36
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92701-4512
BRANCH NAME: Civil Complex Center

CASE NAME: Charlotte Muha v. Experian Information Solutions, Inc.

**CIVIL CASE COVER SHEET**

☑ **Unlimited** (Amount demanded exceeds $25,000) ☐ **Limited** (Amount demanded is $25,000 or less)

**Complex Case Designation**
☐ **Counter** ☐ **Joinder**
Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

CASE NUMBER: 30-2021-01233648-CU-AT-CXC
JUDGE: Judge Glenda Sanders
DEPT: CX-101

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- ☑ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition *(not specified above)* (43)

2. This case ☑ is ☐ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☑ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☑ Substantial amount of documentary evidence
   d. ☑ Large number of witnesses
   e. ☑ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☑ Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply)*: a. ☑ monetary b. ☑ nonmonetary; declaratory or injunctive relief c. ☑ punitive
4. Number of causes of action *(specify)*: 1
5. This case ☑ is ☐ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: November 24, 2021
David E Bower
(TYPE OR PRINT NAME) ▶ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
- Auto (22)–Personal Injury/Property Damage/Wrongful Death
- Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/ Wrongful Death
- Product Liability *(not asbestos or toxic/environmental)* (24)
- Medical Malpractice (45)
  - Medical Malpractice– Physicians & Surgeons
  - Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
- Defamation (e.g., slander, libel) (13)
- Fraud (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice *(not medical or legal)*
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  - Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  - Negligent Breach of Contract/ Warranty
  - Other Breach of Contract/Warranty
- Collections (e.g., money owed, open book accounts) (09)
  - Collection Case–Seller Plaintiff
  - Other Promissory Note/Collections Case
- Insurance Coverage *(not provisionally complex)* (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
- Asset Forfeiture (05)
- Petition Re: Arbitration Award (11)
- Writ of Mandate (02)
  - Writ–Administrative Mandamus
  - Writ–Mandamus on Limited Court Case Matter
  - Writ–Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Claims Involving Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
  - Confession of Judgment *(non-domestic relations)*
  - Sister State Judgment
  - Administrative Agency Award *(not unpaid taxes)*
  - Petition/Certification of Entry of Judgment on Unpaid Taxes
  - Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint *(not specified above)* (42)
  - Declaratory Relief Only
  - Injunctive Relief Only *(non-harassment)*
  - Mechanics Lien
  - Other Commercial Complaint Case *(non-tort/non-complex)*
  - Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition *(not specified above)* (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief From Late Claim
  - Other Civil Petition

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>STREET ADDRESS: 751 W. Santa Ana Blvd<br>MAILING ADDRESS: P.O. Box 1994<br>CITY AND ZIP CODE: Santa Ana CA 92702<br>BRANCH NAME: Civil Complex Center | *FOR COURT USE ONLY* |
|---|---|
| SHORT TITLE: MUHA vs. EXPERIAN INFORMATION SOLUTIONS INC. | |
| **NOTICE OF CONFIRMATION OF ELECTRONIC FILING** | CASE NUMBER:<br>30-2021-01233648-CU-AT-CXC |

The Electronic Filing described by the below summary data was reviewed and accepted by the Superior Court of California, County of Orange. In order to process the filing, the fee shown was assessed.

**Electronic Filing Summary Data**

| | |
|---|---|
| Electronically Submitted By: | CHARLOTTE MUHA |
| On Behalf of: | CHARLOTTE MUHA; CCMS ID: 79749480 |
| Transaction Number: | 31090610 |
| Court Received Date: | 11/24/2021 |
| Court Received Time: | 09:22:08 PM |
| Filed Date: | 11/24/2021 |
| Filed Time: | 09:22 PM |
| Fee Amount Assessed: | $1,435.00 |
| Case Number: | 30-2021-01233648-CU-AT-CXC |
| Case Title: | MUHA vs. EXPERIAN INFORMATION SOLUTIONS INC. |
| Location: | Civil Complex Center |
| Case Type: | Antitrust/Trade Regulation |
| Case Category: | Civil - Unlimited |
| Jurisdictional Amount: | > 25000 |

Case Title:

| **Documents Electronically Filed/Received** | **Status** |
|---|---|
| Complaint | Accepted |
| Summons Issued and Filed | Accepted |
| Civil Case Cover Sheet | Accepted |

**Court Generated Documents**
Payment Receipt

**Comments**
**Submitter's Comments:**

**Clerk's Comments:** Complex Class Action Matters ADR Packet - www.occourts.org/forms/local/l1200.pdf Questionnaire - www.occourts.org/forms/local/l277.pdf Schedule - www.occourts.org/directory/civil/complex-civil/calendar-schedule/civil-pa

**Electronic Filing Service Provider Information**

Service Provider LegalConnect
Email: support@legalconnect.com
Contact Person: Customer Support
Phone: 8009096859

# SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ORANGE

**Superior Court of California, County of Orange**

751 W. Santa Ana Blvd
Santa Ana, CA 92701

**E-Filing Transaction #:** 31090610

## PAYMENT RECEIPT

**Receipt #:** 12804332

**Clerk ID:** gramirez **Transaction No:** 12976413 **Transaction Date:** 11/30/2021 **Transaction Time:** 02:34:23 PM

| Case Number | Fee Type | Qty | Fee Amount$ | Balance Due | Amount Paid | Remaining Balance |
|---|---|---|---|---|---|---|
| 30-2021-01233648-CU-AT-CXC | 194 - Complaint or other 1st paper | 1 | $435.00 | $435.00 | $435.00 | $0.00 |
| 30-2021-01233648-CU-AT-CXC | 34 - Complex Case Fee - Plaintiff | 1 | $1,000.00 | $1,000.00 | $1,000.00 | $0.00 |

Sales Tax: $0.00

**Total:** **$1,435.00** **Total Rem. Bal:**

E-Filing : - LegalConnect

E-Filing: $1,435.00

Total Amount Tendered: $1,435.00

Change Due: **$0.00**

Balance: **$0.00**

A $45 fee may be charged for each returned check, electronic funds transfer or credit card payment.

**COPY**

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE

# ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION PACKAGE

NOTICE TO PLAINTIFF(S) AND/OR CROSS-COMPLAINANT(S):

Rule 3.221(c) of the California Rules of Court requires you to serve a copy of the ADR Information Package along with the complaint and/or cross-complaint.

California Rules of Court – Rule 3.221
Information about Alternative Dispute Resolution (ADR)

(a) Each court shall make available to the plaintiff, at the time of filing of the complaint, an ADR Information Package that includes, at a minimum, all of the following:

(1) General information about the potential advantages and disadvantages of ADR and descriptions of the principal ADR processes.

(2) Information about the ADR programs available in that court, including citations to any applicable local court rules and directions for contacting any court staff responsible for providing parties with assistance regarding ADR.

(3) Information about the availability of local dispute resolution programs funded under the Dispute Resolutions Program Act (DRPA), in counties that are participating in the DRPA. This information may take the form of a list of the applicable programs or directions for contacting the county's DRPA coordinator.

(4) An ADR stipulation form that parties may use to stipulate to the use of an ADR process.

(b) A court may make the ADR Information Package available on its website as long as paper copies are also made available in the clerk's office.

(c) The plaintiff must serve a copy of the ADR Information Package on each defendant along with the complaint. Cross-complainants must serve a copy of the ADR Information Package on any new parties to the action along with the cross-complaint.

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE

# ADR Information

Introduction.

Most civil disputes are resolved without filing a lawsuit, and most civil lawsuits are resolved without a trial. The courts and others offer a variety of Alternative Dispute Resolution (ADR) processes to help people resolve disputes without a trial. ADR is usually less formal, less expensive, and less time-consuming than a trial. ADR can also give people more opportunity to determine when and how their dispute will be resolved.

BENEFITS OF ADR.

Using ADR may have a variety of benefits, depending on the type of ADR process used and the circumstances of the particular case. Some potential benefits of ADR are summarized below.

Save Time. A dispute often can be settled or decided much sooner with ADR; often in a matter of months, even weeks, while bringing a lawsuit to trial can take a year or more.

Save Money. When cases are resolved earlier through ADR, the parties may save some of the money they would have spent on attorney fees, court costs, experts' fees, and other litigation expenses.

Increase Control Over the Process and the Outcome. In ADR, parties typically play a greater role in shaping both the process and its outcome. In most ADR processes, parties have more opportunity to tell their side of the story than they do at trial. Some ADR processes, such as mediation, allow the parties to fashion creative resolutions that are not available in a trial. Other ADR processes, such as arbitration, allow the parties to choose an expert in a particular field to decide the dispute.

Preserve Relationships. ADR can be a less adversarial and hostile way to resolve a dispute. For example, an experienced mediator can help the parties effectively communicate their needs and point of view to the other side. This can be an important advantage where the parties have a relationship to preserve.

Increase Satisfaction. In a trial, there is typically a winner and a loser. The loser is not likely to be happy, and even the winner may not be completely satisfied with the outcome. ADR can help the parties find win-win solutions and achieve their real goals. This, along with all of ADR's other potential advantages, may increase the parties' overall satisfaction with both the dispute resolution process and the outcome.

Improve Attorney-Client Relationships. Attorneys may also benefit from ADR by being seen as problem-solvers rather than combatants. Quick, cost-effective, and satisfying resolutions are likely to produce happier clients and thus generate repeat business from clients and referrals of their friends and associates.

DISADVANTAGES OF ADR.

ADR may not be suitable for every dispute.

Loss of protections. If ADR is binding, the parties normally give up most court protections, including a decision by a judge or jury under formal rules of evidence and procedure, and review for legal error by an appellate court.

Less discovery. There generally is less opportunity to find out about the other side's case with ADR than with litigation. ADR may not be effective if it takes place before the parties have sufficient information to resolve the dispute.

Additional costs. The neutral may charge a fee for his or her services. If a dispute is not resolved through ADR, the parties may have to put time and money into both ADR and a lawsuit.

Effect of delays if the dispute is not resolved. Lawsuits must be brought within specified periods of time, known as statues of limitation. Parties must be careful not to let a statute of limitations run out while a dispute is in an ADR process.

TYPES OF ADR IN CIVIL CASES.

The most commonly used ADR processes are arbitration, mediation, neutral evaluation and settlement conferences.

Arbitration. In arbitration, a neutral person called an "arbitrator" hears arguments and evidence from each side and then decides the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are often relaxed. Arbitration may be either "binding" or "nonbinding." Binding arbitration means that the parties waive their right to a trial and agree to accept the arbitrator's decision as final. Generally, there is no right to appeal an arbitrator's decision. Nonbinding arbitration means that the parties are free to request a trial if they do not accept the arbitrator's decision.

Cases for Which Arbitration May Be Appropriate. Arbitration is best for cases where the parties want another person to decide the outcome of their dispute for them but would like to avoid the formality, time, and expense of a trial. It may also be appropriate for complex matters where the parties want a decision-maker who has training or experience in the subject matter of the dispute.

Cases for Which Arbitration May Not Be Appropriate. If parties want to retain control over how their dispute is resolved, arbitration, particularly binding arbitration, is not appropriate. In binding arbitration, the parties generally cannot appeal the arbitrator's award, even if it is not supported by the evidence or the law. Even in nonbinding arbitration, if a party requests a trial and does not receive a more favorable result at trial than in arbitration, there may be penalties.

Mediation. In mediation, an impartial person called a "mediator" helps the parties try to reach a mutually acceptable resolution of the dispute. The mediator does not decide the dispute but helps the parties communicate so they can try to settle the dispute themselves. Mediation leaves control of the outcome with the parties.

Cases for Which Mediation May Be Appropriate. Mediation may be particularly useful when parties have a relationship they want to preserve. So when family members, neighbors, or business partners have a dispute, mediation may be the ADR process to use. Mediation is also effective when emotions are getting in the way of resolution. An effective mediator can hear the parties out and help them communicate with each other in an effective and nondestructive manner.

Cases for Which Mediation May Not Be Appropriate. Mediation may not be effective if one of the parties is unwilling to cooperate or compromise. Mediation also may not be effective if one of the parties has a significant advantage in power over the other. Therefore, it may not be a good choice if the parties have a history of abuse or victimization.

Neutral Evaluation. In neutral evaluation, each party gets a chance to present the case to a neutral person called an "evaluator." The evaluator then gives an opinion on the strengths and weaknesses of each party's evidence and arguments and about how the dispute could be resolved. The evaluator is

often an expert in the subject matter of the dispute. Although the evaluator's opinion is not binding, the parties typically use it as a basis for trying to negotiate a resolution of the dispute.

Cases for Which Neutral Evaluation May Be Appropriate. Neutral evaluation may be most appropriate in cases in which there are technical issues that require special expertise to resolve or the only significant issue in the case is the amount of damages.

Cases for Which Neutral Evaluation May Not Be Appropriate. Neutral evaluation may not be appropriate when there are significant personal or emotional barriers to resolving the dispute.

Settlement Conferences. Settlement conferences may be either mandatory or voluntary. In both types of settlement conferences, the parties and their attorneys meet with a judge or a neutral person called a "settlement officer" to discuss possible settlement of their dispute. The judge or settlement officer does not make a decision in the case but assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. Settlement conferences are appropriate in any case where settlement is an option. Mandatory settlement conferences are often held close to the date a case is set for trial.

ADDITIONAL INFORMATION.

In addition to mediation, arbitration, neutral evaluation, and settlement conferences, there are other types of ADR, including conciliation, fact finding, mini-trials, and summary jury trials. Sometimes parties will try a combination of ADR types. The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute.

To locate a dispute resolution program or neutral in your community:

- Contact the California Department of Consumer Affairs, Consumer Information Center, toll free, at 1-800-852-5210
- Contact the Orange County Bar Association at (949) 440-6700
- Look in the telephone directories under "Arbitrators" or "Mediators"

Low cost mediation services are provided under the Orange County Dispute Resolution Program Act (DRPA). For information regarding DRPA, contact:

- OC Human Relations (714) 480-6575, mediator@ochumanrelations.org
- Waymakers (949) 250-4058

For information on the Superior Court of California, County of Orange court ordered arbitration program, refer to Local Rule 360.

The Orange County Superior Court offers programs for Civil Mediation and Early Neutral Evaluation (ENE). For the Civil Mediation program, mediators on the Court's panel have agreed to accept a fee of $300 for up to the first two hours of a mediation session. For the ENE program, members of the Court's panel have agreed to accept a fee of $300 for up to three hours of an ENE session. Additional information on the Orange County Superior Court Civil Mediation and Early Neutral Evaluation (ENE) programs is available on the Court's website at www.occourts.org.

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO.:<br>NAME:<br>FIRM NAME:<br>STREET ADDRESS:<br>CITY: STATE: ZIP CODE:<br>TELEPHONE NO.: FAX NO.:<br>E-MAIL ADDRESS:<br>ATTORNEY FOR (name): | FOR COURT USE ONLY<br><br>For your protection and privacy, please press the Clear This Form button after you are done printing this form. |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>JUSTICE CENTER:<br>☐ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045<br>☐ Civil Complex Center - 751 W. Santa Ana Blvd., Santa Ana, CA 92701-4512<br>☐ Harbor – Newport Beach Facility – 4601 Jamboree Rd., Newport Beach, CA 92660-2595<br>☐ North – 1275 N. Berkeley Ave., P.O. Box 5000, Fullerton, CA 92838-0500<br>☐ West – 8141 13th Street, Westminster, CA 92683-4593 | |
| PLAINTIFF/PETITIONER:<br><br>DEFENDANT/RESPONDENT: | |
| ALTERNATIVE DISPUTE RESOLUTION (ADR) STIPULATION | CASE NUMBER: |

Plaintiff(s)/Petitioner(s), ______________________________

______________________________

and defendant(s)/respondent(s), ______________________________

______________________________

agree to the following dispute resolution process:

☐ Mediation

☐ Arbitration (must specify code)

☐ Under section 1141.11 of the Code of Civil Procedure

☐ Under section 1280 of the Code of Civil Procedure

☐ Neutral Case Evaluation

The ADR process must be completed no later than 90 days after the date of this Stipulation or the date the case was referred, whichever is sooner.

☐ I have an Order on Court Fee Waiver (FW-003) on file, and the selected ADR Neutral(s) are eligible to provide pro bono services.

☐ The ADR Neutral Selection and Party List is attached to this Stipulation.

We understand that there may be a charge for services provided by neutrals. We understand that participating in an ADR process does not extend the time periods specified in California Rules of Court, rule 3.720 et seq.

Date: ______________ ______________ (SIGNATURE OF PLAINTIFF OR ATTORNEY) ______________ (SIGNATURE OF PLAINTIFF OR ATTORNEY)

Date: ______________ ______________ (SIGNATURE OF DEFENDANT OR ATTORNEY) ______________ (SIGNATURE OF DEFENDANT OR ATTORNEY)

Electronically Filed by Superior Court of California, County of Orange, 12/15/2021 11:52:00 AM.
30-2021-01233648-CU-AT-CXC - ROA # 8 - DAVID H. YAMASAKI, Clerk of the Court By efilinguser, Deputy Clerk.

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name & Address)*:
David E Bower SBN 119546 Monteverde & Associates PC
600 Corporate Pointe, Suite 1170 Culver city CA 90230

Telephone No.: 213-446-6652 Fax No. (Optional):
E-Mail Address (Optional): dbower@monteverdelaw.co
ATTORNEY FOR *(Name)*: Plaintiff Grubner xxxxx Muha Bar No: 119546

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
Civil Complex Center - 751 W. Santa Ana Blvd., Bldg. 36, Santa Ana, CA 92701-4512

PLAINTIFF / PETITIONER: Charlotte Muha and all others similarly situated

DEFENDANT / RESPONDENT: Experian Information Solutions, Inc.

## CLASS ACTION/B&P 17200 QUESTIONNAIRE

***(To be filed by counsel for plaintiff/s within 30 days of filing initial complaint)***

CASE NUMBER: 30-2021-01233648-CU-AT-CXC

DEPT: CX-101

JUDGE: Glenda Sanders

STATUS CONFERENCE DATE:

In response to the conflict of interest issues raised in ***Apple Computer, Inc. v. The Superior Court of Los Angeles County*** (2005) 126 Cal. App. 4th 1253, counsel for each proposed class representative is to provide the following information under oath to the Court:

1. Is any proposed class representative an attorney? Yes ____ No ✓

2. Is any proposed class representative a spouse, child or family member of plaintiff's counsel or of a partner or associate of the law firm of which plaintiff's counsel is a member? Yes ____ No ✓

   If yes, explain relationship: ____________________

3. Within the last 5 years, has any proposed class representative filed prior class action lawsuits using the same plaintiff's counsel or firm as in the present case? Yes ✓ No ____

   If yes, explain: Plaintiffs have retained Ademi LLP as counsel in other class action consumer protection

4. Does any proposed class representative have a business relationship with plaintiff's counsel, including but not limited to, the relationship of law partner, associate, employee, principal, agent, independent contractor, or professional corporation? Yes ____ No ✓

   If yes, explain relationship: ____________________

5. If there is co-counsel, have the attorneys been co-counsel in other class actions? Yes ✓ No ____

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

12/15/21
**DATE**

**SIGNATURE OF COUNSEL FOR PLAINTIFF(S)**

Electronically Filed by Superior Court of California, County of Orange, 12/20/2021 09:29:00 AM.
30-2021-01233648-CU-AT-CXC - ROA # 10 - DAVID H. YAMASAKI, Clerk of the Court By efilinguser, Deputy Clerk.

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | *FOR COURT USE ONLY* |
|---|---|
| David Bower \| SBN: 119546<br>Monteverde & Associates PC<br>600 Corporate Pointe, Suite 1170 Culver City, CA 90230<br>TELEPHONE NO.: (213) 446-6652 \| FAX NO. (310) 210-0605 \| E-MAIL ADDRESS *(Optional):* dbower@bowerlawgroup.com<br>ATTORNEY FOR *(Name):* Plaintiff: Charlotte Muha | |
| **Orange County Superior Court Complex**<br>STREET ADDRESS: 751 WEST SANTA ANA BLVD<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SANTA ANA, CA 92701<br>BRANCH NAME: Central | |
| PLAINTIFF: Charlotte Muha<br>DEFENDANT: EXPERIAN INFORMATION SOLUTIONS INC. | CASE NUMBER:<br>30-2021-01233648-CU-AT-CXC |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Charlotte Muha |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☐ other *(specify documents):*
3. a. Party served *(specify name of party as shown on documents served):*
   **EXPERIAN INFORMATION SOLUTIONS INC.**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **CT Corporation System - John Montijo - Agent for Service of process**
4. Address where the party was served: **CT Corporation System**
   **330 N Brand Blvd Ste 700**
   **Glendale, CA 91203-2336**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **12/20/2021** (2) at *(time):* **7:54 AM**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PETITIONER: **Charlotte Muha** RESPONDENT: **EXPERIAN INFORMATION SOLUTIONS INC.** | CASE NUMBER: **30-2021-01233648-CU-AT-CXC** |
|---|---|

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☑ On behalf of *(specify):*
under the following Code of Civil Procedure section:

☑ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☐ other:

7. **Person who served papers**
a. Name: **MARK SHURLOCK - PacTrack, Inc.**
b. Address: **4373 Santa Anita Avenue El Monte, CA 91731**
c. Telephone number: **(213) 201-5856**
d. **The fee** for service was: **$ 100.00**
e. I am:

(1) ☐ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☑ registered California process server:
(i) ☑ owner ☐ employee ☐ independent contractor.
(ii) Registration No.: **2013190921**
(iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **12/20/2021**

**PacTrack, Inc.**
**4373 Santa Anita Avenue**
**El Monte, CA 91731**
**(213) 201-5856**
**www.pactrack.com**

**MARK SHURLOCK**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

Mark Shurlock
(SIGNATURE)

David E. Bower (SBN 119546)
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (213) 446-6652
Fax: (212) 202-7880
Email: dbower@monteverdelaw.com

*Attorneys for Plaintiff Charlotte Muha*

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**
**COUNTY OF ORANGE**

| | |
|---|---|
| Charlotte Muha and all others similarly situated<br><br>Vs.<br><br>Experian Information Solutions, Inc. | **Case No.: 30-2021-01233648-CU-AT-CXC**<br><br>Assigned to Hon. Glenda Sanders<br>Department CX-101<br><br>NOTICE OF POSTING JURY FEES<br><br>Action Filed: November 24, 2021<br>Trial Date: Not Set |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiffs are hereby depositing Jury Fees, on the first available date to do so after service of this Notice, pursuant to Code of Civil Procedure §631(b) in the amount of $150.00.

January 3, 2022

MONTEVERDE & ASSOCIATES, PC

By: ____________________
David E Bower, attorney for Plaintiffs

**PROOF OF SERVICE**

STATE OF CALIFORNIA }
COUNTY OF LOS ANGELES }

I am employed in the County of Los Angeles, State of California, with my business address as 600 Corporate Pointe, Suite 1170, Culver City, California 90230. I am over the age of 18 years and I am not a party to this Action.

On January 3, 2022, I served the foregoing NOTICE OF POSTING JURY FEES on interested parties in this action by sending a true copy thereof addressed as follows:

**Experian Information Solutions, Inc.**
**c/o CT Corporation System**
**330 N Brand Blvd Ste 700**
**Glendale, CA 91203-2336**

I sent the document, via first class mail postage prepaid, to the address(es) shown on or before this date.

I declare, under penalty of perjury, pursuant to the laws of the State of California, that the foregoing is true and correct.

Executed on January 3, 2022.

David E. Bower

# SUPERIOR COURT OF CALIFORNIA

**COUNTY OF ORANGE**

**Superior Court of California, County of Orange**

700 W. Civic Center Drive
Santa Ana, CA 92702

**E-Filing Transaction #:** 31103028

**PAYMENT RECEIPT**

**Receipt #:** 12817753

**Clerk ID:** sberry **Transaction No:** 12989834 **Transaction Date:** 01/04/2022 **Transaction Time:** 06:48:32 AM

| Case Number | Fee Type | Qty | Fee Amount$ | Balance Due | Amount Paid | Remaining Balance |
|---|---|---|---|---|---|---|
| 30-2021-01233648-CU-AT-CXC | 209 - Advanced Jury Fee (non-refundable) | 1 | $150.00 | $150.00 | $150.00 | $0.00 |

Sales Tax: $0.00

**Total:** **$150.00** **Total Rem. Bal:**

E-Filing : - LegalConnect

E-Filing: $150.00

Total Amount Tendered: $150.00

Change Due: **$0.00**

Balance: **$0.00**

A $45 fee may be charged for each returned check, electronic funds transfer or credit card payment.

**COPY**

**CM-015**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| David E Bower SBN 110546<br>Monteverde & Associates PC<br>600 Corporate Pointe, Suite 1170<br>Culver City, CA 90230<br>TELEPHONE NO.: 213-446-6652 FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* dbower@monteverdelaw.com<br>ATTORNEY FOR *(Name):* Plaintiff Charlotte Muha | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ORANGE<br>STREET ADDRESS: 751 W. Santa Ana Blvd, Building 36<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Santa Ana, CA 92701-4512<br>BRANCH NAME: Complex | |
| PLAINTIFF/PETITIONER: Charlotte Muha<br>DEFENDANT/RESPONDENT: EXPERIAN INFORMATION SOLUTIONS, INC. | CASE NUMBER:<br>30-2021-01233648-CU-AT-CXC<br>JUDICIAL OFFICER:<br>Hon. Glenda Sanders |
| **NOTICE OF RELATED CASE** | DEPT.:<br>CX-101 |

*Identify, in chronological order according to date of filing, all cases related to the case referenced above.*

1. a. Title: Chaning Grabner & Debra Grabner v. Experian Information Solutions, Inc.
   b. Case number: 30-2021-01233482-CU-AT-CXC
   c. Court: ☑ same as above
   ☐ other state or federal court *(name and address):*
   d. Department: C-16 Judge James J. Di Cesare
   e. Case type: ☐ limited civil ☑ unlimited civil ☐ probate ☐ family law ☐ other *(specify):*
   f. Filing date: 11/24/21
   g. Has this case been designated or determined as "complex?" ☑ Yes ☐ No
   h. Relationship of this case to the case referenced above *(check all that apply):*
   ☑ involves the same parties and is based on the same or similar claims.
   ☑ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.
   ☐ involves claims against, title to, possession of, or damages to the same property.
   ☑ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.
   ☐ Additional explanation is attached in attachment 1h
   i. Status of case:
   ☑ pending
   ☐ dismissed ☐ with ☐ without prejudice
   ☐ disposed of by judgment

2. a. Title:
   b. Case number:
   c. Court: ☐ same as above
   ☐ other state or federal court *(name and address):*
   d. Department:

CM-015

| PLAINTIFF/PETITIONER: Charlotte Muha<br>DEFENDANT/RESPONDENT: EXPERIAN INFORMATION SOLUTIONS, INC | CASE NUMBER:<br>30-2021-01233648-CU-AT-CXC |
|---|---|

2. *(continued)*

e. Case type: ☐ limited civil ☐ unlimited civil ☐ probate ☐ family law ☐ other *(specify):*

f. Filing date:

g. Has this case been designated or determined as "complex?" ☐ Yes ☐ No

h. Relationship of this case to the case referenced above *(check all that apply):*

☐ involves the same parties and is based on the same or similar claims.

☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

☐ involves claims against, title to, possession of, or damages to the same property.

☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

☐ Additional explanation is attached in attachment 2h

i. Status of case:

☐ pending

☐ dismissed ☐ with ☐ without prejudice

☐ disposed of by judgment

3. a. Title:

b. Case number:

c. Court: ☐ same as above

☐ other state or federal court *(name and address):*

d. Department:

e. Case type: ☐ limited civil ☐ unlimited civil ☐ probate ☐ family law ☐ other *(specify):*

f. Filing date:

g. Has this case been designated or determined as "complex?" ☐ Yes ☐ No

h. Relationship of this case to the case referenced above *(check all that apply):*

☐ involves the same parties and is based on the same or similar claims.

☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

☐ involves claims against, title to, possession of, or damages to the same property.

☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

☐ Additional explanation is attached in attachment 3h

i. Status of case:

☐ pending

☐ dismissed ☐ with ☐ without prejudice

☐ disposed of by judgment

4. ☐ Additional related cases are described in Attachment 4. Number of pages attached: ______

Date: 1/3/22

David E Bower
(TYPE OR PRINT NAME OF PARTY OR ATTORNEY)

▶ [signature]
(SIGNATURE OF PARTY OR ATTORNEY)

CM-015

| PLAINTIFF/PETITIONER: Charlotte Muha<br>DEFENDANT/RESPONDENT: EXPERIAN INFORMATION SOLUTIONS, INC | CASE NUMBER:<br>30-2021-01233648-CU-AT-CXC |
|---|---|

## PROOF OF SERVICE BY FIRST-CLASS MAIL
### NOTICE OF RELATED CASE

***(NOTE: You cannot serve the* Notice of Related Case *if you are a party in the action. The person who served the notice must complete this proof of service. The notice must be served on all known parties in each related action or proceeding.)***

1. I am at least 18 years old and **not a party to this action.** I am a resident of or employed in the county where the mailing took place, and my residence or business address is *(specify): 600 Corporate Pointe, Suite 1170 Culver city CA 90230*

2. I served a copy of the *Notice of Related Case* by enclosing it in a sealed envelope with first-class postage fully prepaid and *(check one):*
   a. ☐ deposited the sealed envelope with the United States Postal Service.
   b. ☐ placed the sealed envelope for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

3. The *Notice of Related Case* was mailed:
   a. on *(date): 1/3/22*
   b. from *(city and state): Sebastopol CA*

4. The envelope was addressed and mailed as follows:
   a. Name of person served: Experian Info systems
      Street address: 330 N. Brand Blvd
      City: Glendale
      State and zip code: CA 91203-2336
   b. Name of person served:
      Street address:
      City:
      State and zip code:
   c. Name of person served: CT Corporation Systems
   d. Street address:
      City:
      State and zip code:
   e. Name of person served: Street address:
      City:
      State and zip code:

☐ Names and addresses of additional persons served are attached. *(You may use form POS-030(P).)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/3/22

(TYPE OR PRINT NAME OF DECLARANT) David E Bower

▶ [signature]
(SIGNATURE OF DECLARANT)

John A. Vogt (State Bar No. 198677)
javogt@jonesday.com
Ryan D. Ball (State Bar No. 321772)
rball@jonesday.com
Matthew T. Billeci (State Bar No. 329014)
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA 92612.4408
Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF ORANGE, CENTRAL JUSTICE CENTER**

| | |
|---|---|
| CHARLOTTE MUHA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC.,<br><br>Defendant. | **CASE NO. 30-2021-01233648-CU-AT-CXC**<br><br>Assigned for all purposes to<br>The Honorable Glenda Sanders<br>Dept. CX-101<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER AND GENERAL DENIAL TO COMPLAINT**<br><br>Complaint Filed: 11/24/2021 |

COMES NOW Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("EIS"), who pursuant to Code of Civil Procedure section 431.30, on behalf of itself and no others, hereby answers the Class Action Complaint ("Complaint") of Plaintiff CHARLOTTE MUHA ("Plaintiff") and denies generally and specifically, in whole and in part, each and all of the allegations set forth in the Complaint, and further denies that Plaintiff is entitled to the relief sought or that Plaintiff or any other person has been injured and/or damaged in the sums alleged, or in any other sum or sums, or at all, by reason of any act, breach, or omission on the part of EIS as alleged in the Complaint.

**AFFIRMATIVE DEFENSES**

As separate and distinct affirmative defenses to the Complaint, and to each Cause of Action therein, EIS alleges the following affirmative defenses:

**FIRST AFFIRMATIVE DEFENSE**

**(FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED)**

1. The Complaint, and each and every count thereof, fails to state a claim upon which relief may be granted against EIS, and further fails to entitle Plaintiff to the relief sought or to any relief whatsoever against EIS.

**SECOND AFFIRMATIVE DEFENSE**

**(STATUTE OF LIMITATIONS)**

2. EIS alleges that Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

**THIRD AFFIRMATIVE DEFENSE**

**(UNCLEAN HANDS)**

3. EIS alleges that Plaintiff's conduct with respect to the matters alleged in the Complaint deprives Plaintiff of clean hands, and by reason of not coming into court with clean hands, Plaintiff is precluded from recovery from EIS under their Complaint.

**FOURTH AFFIRMATIVE DEFENSE**

**(LACHES)**

4. EIS alleges that Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

**FIFTH AFFIRMATIVE DEFENSE**

**(WAIVER)**

5. EIS alleges that Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver.

//

//

//

**SIXTH AFFIRMATIVE DEFENSE**

**(ESTOPPEL)**

6. EIS alleges that the Complaint is barred, in whole or in part, by the doctrine of estoppel.

**SEVENTH AFFIRMATIVE DEFENSE**

**(FAILURE TO MITIGATE)**

7. The claims in the Complaint are barred, in whole or in part, because of a failure to mitigate damages, if any damages exist.

**EIGHTH AFFIRMATIVE DEFENSE**

**(LIABILITY/COMPARATIVE FAULT OF OTHERS)**

8. EIS alleges that other parties or third persons not parties to this action were, in whole or in part, legally responsible or otherwise at fault for the damages alleged in the Complaint and matters related thereto, thereby causing and contributing to any injury, damage or loss to Plaintiff or anyone else, if any.

**NINTH AFFIRMATIVE DEFENSE**

**(INTERVENING/SUPERSEDING ACTS)**

9. EIS alleges that the claims in the Complaint against EIS are barred, in whole or in part, by the independent, intervening, superseding acts of Plaintiff, other parties, or third parties.

**TENTH AFFIRMATIVE DEFENSE**

**(INDEMNITY)**

10. To the extent that EIS is responsible for any of the acts or harm alleged in the Complaint, which EIS expressly denies, EIS is entitled to seek and receive indemnity from one or more other persons.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(GOOD FAITH)**

11. The Complaint, and each and every cause of action alleged therein, is barred, in whole or in part, to the extent that any acts or omissions complained of by Plaintiff that are attributed to EIS were in good faith.

**TWELFTH AFFIRMATIVE DEFENSE**

**(JUSTIFICATION AND PRIVILEGE)**

12. EIS alleges that its conduct with regard to the matters alleged in the Complaint was justified and privileged and, therefore, Plaintiff is barred from any recovery against EIS.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(DISCHARGE OF OBLIGATIONS)**

13. EIS alleges that the Complaint, and each and every allegation contained therein, is barred because EIS has complied with and fully performed any and all past and current obligations imposed by law, contracts, or equity, and all past and current obligations owed to Plaintiff or to anyone else have been satisfied, released, or otherwise discharged.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(FURTHER AFFIRMATIVE DEFENSES)**

14. EIS presently has insufficient knowledge of information upon which to form a belief as to whether it may have additional, and as yet unknown, affirmative defenses. EIS reserves the right to assert additional affirmative defenses as may be supported by facts not yet known to EIS at this time.

WHEREFORE, EIS prays for judgment as follows:

1. That Plaintiff take nothing by way of her Complaint;
2. That judgment be entered in favor of EIS and against Plaintiff on all causes of action;
3. That EIS be awarded its costs of suit and attorneys' fees incurred herein pursuant to California law; and
4. For such other and further relief that the Court deems just and proper.

Dated: January 14, 2022

JONES DAY

By: */s/ John A. Vogt*
John A. Vogt

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

**PROOF OF SERVICE**

I, Yuri Nomiyama , declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612. On January 14, 2022, I served a copy of the within document(s):

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER AND GENERAL DENIAL TO COMPLAINT**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm’s practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 14, 2022, at Irvine, California.

*/s/ Yuri Nomiyama*
Yuri Nomiyama

**SERVICE LIST**

David E. Bower
MONTEVERDE & ASSOCIATES PC
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: 310-446-6652
Fax: 212-202-7880
Email: dbower@monteverdelaw.com

Attorneys for Plaintiff CHARLOTTE MUHA

NAI-1525476518v1

ONE LEGAL | An InfoTrack Company (/Dashboard)

ONE LEGAL

# Order #17524523: eFiling

Submitted: 1/14/2022 3:47 PM PT | Attorney: John Vogt | Contact: Yuri Nomiyama

## Under court clerk review

1/14/2022 3:47 PM PT

**Court Transaction #21110738**

**MESSAGE FROM ONE LEGAL:** The court has received your filing. This status will be updated and you will receive an email immediately upon completion of the court clerk's review. Although court processing times vary, the court filing date for accepted filings will reflect the date this order was submitted.

**MESSAGE FROM THE COURT CLERK:** This Electronic Filing has been received by the Court and has passed technical validations. -

## Documents

**Returned (0)**

Documents will be available here once they are provided by the court's system.

**Your Files (1)**

| Document Title | Document Type | Pages | Status |
|---|---|---|---|
| Defendant Experian Information Solutions, Inc.'s Answer and General Denial to Complaint | Answer to Complaint | 6 | Uploaded |

## Case Information

**Court**
Orange County, Superior Court of California (Civil Complex Center Santa Ana)

**Number**
30-2021-01233648-CU-AT-CXC

**Title**
MUHA vs. EXPERIAN INFORMATION SOLUTIONS INC.

**Client Billing Code**
026123.800207

Confirmation Receipt #26117403

© One Legal LLC
Version: 7.0.134 | Customer #0064964

Accessibility statement (https://www.onelegal.com/accessibility/) | Privacy policy (https://www.onelegal.com/privacy/) | Terms of service (https://www.onelegal.com/terms/)